**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDGAR ARAUJO-GOMEZ, | No. 12-73837 |
| Petitioner, | Agency No. A038-522-926 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 9, 2014**

Before:     WALLACE, LEAVY, and BYBEE, Circuit Judges.

Edgar Araujo-Gomez, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his request for a continuance. We dismiss

the petition for review.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Araujo-Gomez sought a continuance of his removal proceedings in order to file a petition for a writ of habeas corpus in federal court challenging the state conviction that rendered him removable. Araujo-Gomez's habeas petition has now been dismissed. *Araujo v. Napolitano*, No. CV 12-7741-GAF (MAN), 2012 WL 4107846, at *2 (C.D. Cal. Sept. 18, 2012). Accordingly, his challenge to the denial of the continuance to pursue that relief is moot. *See Pedroza-Padilla v. Gonzales*, 486 F.3d 1362, 1364 n.2 (9th Cir. 2007); *see also United States v. Strong*, 489 F.3d 1055, 1059 (9th Cir. 2007) ("[A] live case or controversy must be extant at all stages of review. Otherwise, the case is moot and must be dismissed." (quotation marks and internal citation omitted)).

**PETITION FOR REVIEW DISMISSED.**